**Date:** Dec 16, 2021

**Case Title:** In Re: Fed. R. Civ. P. Rule 45(g) Motion to Compel Subpoena Compliance upon the Department of Veteran Affairs ("VA")

**Case No:** 21mc91644-WGY

Please accept Plaintiff's filing for proof of service of the above aforementioned Motion to both the VA Office of General Counsel ("VAOGC") and the NH Attorneys General Office. Attached is Exhibit A original service via USPS 1st class mail dated Dec 2, 2021, and Exhibit B service upon the VAOGC's last known address via USPS 1st class mail dated Dec 15, 2021. Please file in your normal

Thank you,

Steven Baril

DATED: DEC 16, 2021