EX.A

## CORRECTED CERTIFICATION OF SERVICE VA OGC

*1ST CLASS*

I plaintiff Steven Baril in the above captioned matter, certify that I mailed USPS Certified no. ~~SCB~~ the above copy of Plaintiff's Motion To Enforce Subpoena Compliance in the United States District Court District of Massachusetts pursuant to Fed. R. Civ. P. RULE 45(g) with Supporting Memorandum of Fact(s) and Law to the VA's Office of General Counsel, Attorney Joshua Carver Joshua R. Carver | Attorney United States Department of Veteran Affairs Office of General Counsel, North Atlantic District 1 VA Center, Augusta, ME 04330 email Joshua.Carver@va.gov on Dec, 2 2021. A copy of the sent email is attached as SERVICE VA OGC.

Instant Motion was originally filed on Oct 26, 2021.

_____
Steven Baril

## CORRECTED CERTIFICATION OF SERVICE NH AG OFFICE

*1ST CLASS*

I plaintiff Steven Baril in the above captioned matter, certify that I mailed ~~a USPS Certified no~~ SCB the above copy of Plaintiff's Motion To Enforce Subpoena Compliance in the United States District Court District of Massachusetts pursuant to Fed. R. Civ. P. RULE 45(g) with Supporting Memorandum of Fact(s) and Law to the NH Department of Justice 33 Capitol St Concord NH 03301 c/o Assistant Attorney General Allison Greenstein, Assistant attorney General Emily Goering Emily.C.Goering @doj.nh.gov, and Attorney Jessica King email Jessica.A.King@doj.nh.gov on Dec, 2 2021.

_____
Steven Baril

**VA** | **U.S. Department of Veterans Affairs**
**Office of General Counsel**
**North Atlantic District**

1 VA Center
Augusta, Maine 04330

202.527.4385 (ph)
202.495.6371 (f)
joshua.carver@va.gov

*EX.A*

October 5, 2021

**VIA EMAIL**
Steven Baril
36 Pleasant Street, Apt 4
Methuen, MA 01844
hudzpa@gmail.com

> **Re:    *Baril v. Tracey, et al. [1:20-cv-00710-PB]***

Dear Mr. Baril

I write regarding the subpoena you served on the Department of Veterans Affairs (the "VA" or "Agency") in the above-referenced matter, seeking documents and records as well as the testimony of Laurie Langelier. Thank you for taking the time to speak with me this afternoon. As we discussed during our call, the Agency will be producing your Vocational Rehabilitation files in response to the subpoena.

At this time, the Agency is restricting Ms. Langelier and any other Agency witnesses from testifying and the Agency will not be complying with that aspect of the subpoena. As we discussed during our telephone call today, the Agency will revisit this decision after it has reviewed your Vocational Rehabilitation files and conducted a Touhy analysis considering the contents of your files.

VA regulations restrict appearance of employees as witnesses and disclosure of patient or other official information by VA employees. Part 14 of Title 38 of the Code of Federal Regulations provides:

> VA personnel shall not, in response to a request or a demand for testimony or production of records in legal proceedings, comment or testify or produce records without prior written approval of the responsible official designated in §14.807(b).  VA personnel may only testify concerning or comment upon official VA information, subjects or activities, or produce records, that were specified in writing, submitted to and properly approved by the responsible VA official.  38 C.F.R. §14.800-14.810.

The United States Supreme Court has specifically recognized the authority of a federal agency to restrict the testimony of its subordinates. *United States ex rel Touhy v. Ragen,* 430 U.S. 462 (1951). In *Touhy,* the Supreme Court held that a United States Department of Justice employee could not be held in contempt for his refusal to obey a subpoena duces tecum when his refusal was at the direction of the Attorney General.

*EX .A*

Under federal law, the VA may only release an employee to testify if the regulatory criteria are satisfied. VA regulations found at Title 38 Code of Federal Regulations, §14.800 *et seq.*, require that you establish several factors before an employee is released. These include but are not limited to: the extent to which the named federal employee is a percipient factual witness, whether the disclosure of the records or presentation of testimony is necessary to prevent the perpetration of fraud or other injustice in the matter in question, or whether the interests of justice outweigh the interests of the Government in keeping its employees on duty.

Once the Agency has compiled and reviewed your Vocational Rehabilitation files, it will analyze your request in consideration of the contents of said files and the factors outlined in 38 C.F.R. § 14.804. The Agency will follow up with another letter once the Agency's Touhy analysis in regard to the requested testimony is complete.

If you have any questions concerning the foregoing, please feel free to call or e-mail me.

Sincerely,

Joshua R. Carver
VA Attorney

cc:      Robert Rabuck, Esq. (via email)

EX. A

*NH AG OFFICE FOR DEFENDANTS* (handwritten)

**UNITED STATES POSTAL SERVICE.**

SALEM
51 S BROADWAY
SALEM, NH 03079-3008
(800)275-8777

12/02/2021                          02:57 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® | 1 | | $2.56 |

Large Envelope
Concord, NH 03301
Weight: 0 lb 7.10 oz
Estimated Delivery Date
Mon 12/06/2021

Grand Total:                            $2.56

Debit Card Remitted                    $2.56
    Card Name: VISA
    Account #: XXXXXXXXXXXX8737
    Approval #: 035738
    Transaction #: 893
    Receipt #: 024727
    Debit Card Purchase: $2.56
    AID: A0000000980840        Chip
    AL: US DEBIT
    PIN: Verified

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
USPS is experiencing unprecedented volume
increases and limited employee
availability due to the impacts of
COVID-19. We appreciate your patience.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

Earn rewards on your business account
purchases of Priority Mail labels
with the USPS Loyalty program by
using Click and Ship. Visit
www.usps.com/smallbizloyalty
for more info.

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,



or call 1-800-410-7420.

---

*VA OGC NORTH ATLANTIC DIVISION ATTY JOSHUA CARVER* (handwritten)

**UNITED STATES POSTAL SERVICE.**

SALEM
51 S BROADWAY
SALEM, NH 03079-3008
(800)275-8777

12/02/2021                          03:08 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® | 1 | | $2.56 |

Large Envelope
Augusta, ME 04330
Weight: 0 lb 7.20 oz
Estimated Delivery Date
Mon 12/06/2021

Grand Total:                            $2.56

Debit Card Remitted                    $2.56
    Card Name: VISA
    Account #: XXXXXXXXXXXX8737
    Approval #: 040804
    Transaction #: 895
    Receipt #: 024729
    Debit Card Purchase: $2.56
    AID: A0000000980840        Chip
    AL: US DEBIT
    PIN: Verified

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
USPS is experiencing unprecedented volume
increases and limited employee
availability due to the impacts of
COVID-19. We appreciate your patience.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

Earn rewards on your business account
purchases of Priority Mail labels
with the USPS Loyalty program by
using Click and Ship. Visit
www.usps.com/smallbizloyalty
for more info.

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,



or call 1-800-410-7420.

EX. A



ST APT#4
01844

U.S. POSTAGE PAID
FCM LG ENV
SALEM, NH
03079
DEC 02 21
AMOUNT
$2.56
R2304E105019-22

ATTN:
ATTY JOSHUA CARVER
VA OFFICE OF GENERAL COUNSEL
UNITED STATES DEPT. OF VETERANS AFFAIRS
NORTH ATLANTIC DIVISION
1 VA CENTER, 1
AUGUSTA, ME 04330

EX. A

 

U.S. POSTAGE PAID
FCM LG ENV
SALEM, NH
03079
DEC 02, 21
AMOUNT

**$2.56**

R2304E105019-22

1000    03301

TN: ATTORNEYS* EMILY GOERING
ALLISON GREENSTEIN & JESSICA KING
EW HAMPSHIRE DEPT. OF JUSTICE
33 CAPITOL ST
CONCORD NH 03301