EX . B

## <u>CERTIFICATION OF SERVICE VA OGC</u>

I plaintiff Steven Baril in the above captioned matter, certify that I mailed USPS 1st class, a cop
of Plaintiff's Motion To Enforce Subpoena Compliance in the United States District Court
District of Massachusetts pursuant to Fed. R. Civ. P. RULE 45(g) with Supporting Memorandui.
of Fact(s) & Law with all attached Exhibits to the VA's Office of General Counsel, Attorney
Joshua Carver Department of Veterans Affairs Office of General Counsel Chief Counsel 215 N.
Main St Winston-Salem NC 27115 on December, 15   2021.

Steven Baril

EX,B



**UNITED STATES POSTAL SERVICE**

MANCHESTER
955 GOFFS FALLS RD STE 998
MANCHESTER, NH 03103-9998
(800)275-8777

12/15/2021                          08:46 AM

--------------------------------------------

| Product | Qty | Unit Price | Price |
|---|---|---|---|

First-Class Mail®      1                        $2.16
Large Envelope
    Winston Salem, NC  27115
    Weight: 5.90 oz
    Estimated Delivery Date
        Mon 12/20/2021
--------------------------------------------
Grand Total:                            $2.16
--------------------------------------------
Debit Card Remitted                     $2.16
    Card Name: VISA
    Account #: XXXXXXXXXXXXX8737
    Approval #: 074517
    Transaction #: 026407
    Receipt #: 026407
    AID: A0000000980840                 Chip
    AL: US DEBIT
    PIN: Not Required
--------------------------------------------

*****************************************
USPS is experiencing unprecedented volume
    increases and limited employee



https://mail.google.com/mail/u/0/?tab=rm&ogbl#inbox?projector=1

1/1

EX. B