UNITED STATES FEDERAL DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2022 FEB -4 PM 2: 31

MBD No. 21mc91644-WGY
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| STEVEN BARIL | | ) |
| PETITIONER, | | ) |
| | | ) |
| vs. | | ) |
| | | ) |
| | | ) |
| BRYAN TRACEY | Individually | ) |
| | | ) |
| STEFAN CZYZOWSKI | Individually | ) |
| | | ) |
| RESPONDENTS, | | ) |

**MOTION FOR RELIEF FROM**
**ORDER PURSUANT TO FED.R.CIV.P. 60(b),**
**WITH INCORPORATED MEMORANDUM OF**
**FACTS AND LAW**

Pursuant to Fed .R. Civ. P. Rule 60(b), Petitioner Steven Baril (hereafter "Petitioner") moves the Court for an Order declaring that service upon defendants in the above captioned action was sufficient at law. The Court's decision dated February2, 2022 (MA MBD No. 7) stated *inter alia* "plaintiff's evidence of service is still insufficient. While providing evidence of mailing, there is no evidence the defendants have ever actually received notice. The order of January 20, 2022 remains in full force and effect." The Petitioner seeks this Court's declaration granting him relief from its decision, dated February 2 2022. (MA MBD No. 7). Plaintiff submits his incorporated memorandum of facts and law in support thereof, and states the following:

**Incorporated Memorandum of Facts and Law**

1.  On Jan 24, 2022, Petitioner served his Motion to Enforce Subpoena Compliance in the United States District Court District of Massachusetts pursuant to Fed. R. Civ. P Rule 45 (g) (hereafter "Rule 45 pleading") with supporting memorandum of facts and law and all Exhibits A – J. The Rule 45 pleading was served via USPS certified mail upon defendants counsel NH Assistant Attorney Generals Emily Goering (hereafter "AAG Goering") and (hereafter "AAG King") Jessica King c/o NH Department of Justice 33 Capitol St Concord NH 03301.

2.  On Jan 25, 2022, Petitioner filed proof of service with this Court pursuant to Fed . R. Civ . P. 5 (b). The proof of service consisted of the following: 1. A signed and dated Certificate of Service, 2.) Certified Mail Receipt with printed date of mailing,  3.) a USPS postal receipt, 4.) a photo of the Rule 45 pleading alongside the

addressed certified mailing envelope, and 5.) a photo of the stamped certified mailing envelope. (Ex A Pgs. 1-3)

3. On Jan 28, 2022 at 12:30 pm the Petitioner's Rule 45 pleading was received by defendants counsel AAG Goering and King at the NH Department of Justice as evidence by USPS certified mail tracking.[1] (Ex. B Pgs 1 – 3). Additionally, Petitioner will file all combined documents in both exhibit A and exhibit B as an Addendum to Affidavit/Certification of Service.[2]

4. Accordingly, Petitioner's certified mailing properly served the defendants notice of his Rule 45 pleading. "[P]leadings, written motions, notices, or similar papers shall be served directly on defendants by delivering or mailing the materials to them or their attorney(s), pursuant to Fed . R. Civ . P. 5 (b)." (*Perfetto v. Alexis*, Civil No. 12-cv-393-JL, at *3 (D.N.H. May 21, 2013))

**Prayer for Relief**

WHEREFORE, the Petitioner Steven Baril respectfully seeks this Court's declaration:

A.    Granting Petitioner relief from its Feb 2, 2022 (MA MBD No. 7) decision; and

B.     Declare that service upon the defendants was sufficient at law; and

B.    Take such other actions that this Court deems just.

Respectfully Submitted,

Steven Baril

Steven Baril
36 Pleasant St Apt 4
Methuen Ma 01844
Tel # (603) 845-8364
Hudzpa@gmail.com

Date: Feb 4  2022

**CERTIFICATION OF SERVICE**

I plaintiff Steven Baril certify that a copy of the above motion, was served via USPS First Class Mail to NH Assistant Attorney General  Jessica King New Hampshire Department of Justice 33 Capitol Street Concord, NH 03301 on Feb, 4 2022.

Steven Baril

Steven Baril

---

[1] AAG Goering's notice of appearance on behalf of defendants Bryan Tracy and Stefan Czyzowski is included as part of Exhibit B. AAG King's notice of appearance can be reference at Pacer-ECF Baril v. Tracy et al Case No. 1:20-cv-00710-PB (ECF No. 97)

[2] MA MBD #21mc91644-WGY (ECF No. 6)