EX A. PG 1

IN CLERKS OFFICE
FILED

## CERTIFICATION OF SERVICE NH AG OFFICE JAN 25 AM II: 35

I plaintiff Steven Baril in the above captioned matter, certify that I mailed copy of the Plaintiff's Motion To Enforce Subpoena Compliance in the United States District Court District of Massachusetts pursuant to Fed. R. Civ. P. RULE 45(g) with Supporting Memorandum of Fact(s) and Law and Exhibits A – J to the Defendants' Counsel the NH Department of Justice c/o Assistant Attorney General Emily Goering, and NH Assistant Attorney General Jessica King 33 Capitol St Concord NH 03301 on **Jan 24 2022** by USPS certified mail No **7019 0700 0001 1499 0129**

Steven Baril

Steven Baril



**UNITED STATES POSTAL SERVICE.**

METHUEN
272 BROADWAY
METHUEN, MA 01844-9998
(800)275-8777

01/24/2022                               08:22 AM
------------------------------------------------
Product            Qty    Unit      Price
                          Price
------------------------------------------------
First-Class Mail®    1              $1.76
Large Envelope
    Concord, NH 03301
    Weight: 0 lb 3.50 oz
    Estimated Delivery Date
        Thu 01/27/2022
    Certified Mail®                  $3.75
        Tracking #:
            70190700000114990129
    Affixed Postage                 -$2.32
        Affixed Amount: $2.32
Total                                $3.19

------------------------------------------------
Grand Total:                         $3.19
------------------------------------------------
                                     $3.19
Debit Card Remitted
    Card Name: VISA
    Account #: XXXXXXXXXXXXX0609
    Approval #: 072216
    Transaction #: 413
    Receipt #: 047200
    Debit Card Purchase: $3.19
    AID: A0000000980840              Chip
    AL: US DEBIT
    PIN: Verified
------------------------------------------------

*********************************************
USPS is experiencing unprecedented volume
     increases and limited employee
     availability due to the impacts of
COVID-19. We appreciate your patience.
*********************************************

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information visit our website

Concord NH 03301    7019 0700 0001 1499 0129

| Certified Mail Fee | $3.75 | | 0844 |
| $ | | | 61 |
| Extra Services & Fees (check box, add fee as appropriate) | | | |
| ☐ Return Receipt (hardcopy)         $0.00 | | | |
| ☐ Return Receipt (electronic)       $0.00 | | | Postmark |
| ☐ Certified Mail Restricted Delivery $0.00 | | | Here |
| ☐ Adult Signature Required          $0.00 | | | |
| ☐ Adult Signature Restricted Delivery $ | | | |
| Postage   $1.76 | | | |
| $ | | | |
| Total Postage and Fees   $5.51 | | | 01/24/2022 |
| $ | | | |

Sent To  NH DEPT OF JUSTICE ATTN ATTY GOERING, KING
Street and Apt. No., or PO Box No.  33 CAPITOL ST
City, State, ZIP+4®  CONCORD NH 03301

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

DATE OF
MAILING

EXA PG2





NT ST. APT #4
NH 01844

ATTN: ATTY GOERING & KING
NH DEPARTMENT OF JUSTICE
33 CAPITOL ST
CONCORD NH 03301

EX. A. PG 3

Case 1:21-mc-91644  Document 1  Filed 10/26/21  Page 1 of 18

UNITED STATES FEDERAL DISTRICT COURT
FOR THE STATE OF NEW HAMPSHIRE

STEVEN BARIL

      PLAINTIFF,      )

    vs.

                        MBD No. 21-91644
                        Civil Action No. 1:20-cv-00710-PB

BRYAN TRACEY    Individually

STEFAN CZYZOWSKI    Individually

      DEFENDANTS,

**MOTION TO COMPEL SUBPOENA COMPLIANCE
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
PURSUANT TO FED. R. CIV. P. RULE 45(g)
WITH SUPPORTING MEMORANDUM
OF FACT(S) AND LAW**

NOW COMES the Plaintiff, Steven Baril ("Plaintiff" or "Baril") and hereby moves the Court pursuant to Fed. R.

Civ. P. Rule 45(g) to compel the Secretary of Veteran Affairs c/o the Department of Veteran Affairs (hereafter

"VA") to comply with the Fed. R. Civ. P. Rule 30(b)(6) Notice of Deposition, served upon the Department of

Veterans Affairs aka Veterans Administration (hereafter, "VA") (a government agency).  Venue in this District is

proper pursuant to Fed. R. Civ. P. 45(d)(3). Plaintiff's Rule 45 subpoena directed the VA to produce a government

witness to testify under oath in the above captioned action's deposition, scheduled for Oct 7, 2021, at 9 am. The

VA's deponent was directed to the Law Offices of LaFlamme, Barron, and Chabot 114 Kenoza Ave. Haverhill

MA 01830. Plaintiff's oral examination of the VA's witness was to establish damages as it related to the following

claims: Count II violating Plaintiff's expectation of privacy and Count III violating Plaintiff's due process rights

(malicious prosecution).  Plaintiff submits the following facts and memorandum of law with attached exhibits in

support thereof.

Fed. R. Civ. P. Rule 45 subpoena *Duces Tecum* & Fed. R. Civ. P Rule 30(b)(6) Deposition Notice
Directed the VA to produce a competent witness to testify to the establishment of damages
In regards to the above captioned matter

PG. 1