# USPS Tracking®

*EX B PG.1*

## Track Another Package +

**Tracking Number:** 70190700000114990129 - *REF- EX A PG.1*          Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 12:30 pm on January 28, 2022 in CONCORD, NH 03301.

**USPS Tracking Plus™ Available** ∨

## ⊘ Delivered, Front Desk/Reception/Mail Room

January 28, 2022 at 12:30 pm
CONCORD, NH 03301

Feedback

**Get Updates** ∨

---

| Text & Email Updates | ∨ |
|---|---|

---

| Tracking History | ∨ |
|---|---|

---

| USPS Tracking Plus™ | ∨ |
|---|---|

---

| Product Information | ∨ |
|---|---|

---

**See Less** ∧

*EX B PG. 2*

USDCNH-96 (Rev. 7/14) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of New Hampshire

| | |
|---|---|
| <u>Steven Baril</u> ) | |
| *Plaintiff* ) | |
| v. ) | Case No.   20-cv-00710-PB |
| <u>NH State Police Trooper Bryan Tracy, et al</u> ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

 NH State Police Trooper Bryan Tracy and Trooper FC Stefan Czyowski, in both their individual capacity     •

Date:     08/03/2020

/s/ Emily C. Goering
*Attorney's signature*

Emily C. Goering, No. 268497
*Printed name and bar number*

Department of Justice
33 Capitol Street
Concord, NH 03301

*Address*

emily.goering@doj.nh.gov
*E-mail address*

(603) 271-3675
*Telephone number*

(603) 271-2110
*FAX number*

*EX B PG3*

You need not complete a certificate of service for any party served electronically using the court's CM/ECF system.

## CERTIFICATE OF SERVICE

I hereby certify that this Appearance was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:

Conventionally Served:
Steven Baril
36 Pleasant St Apt 4
Methuen, MA 01844

| 08/03/2020 | /s/ Emily C. Goering |
|---|---|
| **Date** | **Signature** |