FILED
IN CLERKS OFFICE

**Date:** Feb 4, 2022

**Case Title:** In Re: Fed. R. Civ. P. Rule 45(g) Motion to Compel Subpoena Compliance upon the Department of Veteran Affairs ("VA")

2022 FEB -4 PM 2: 31

U.S. DISTRICT COURT
DISTRICT OF MASS.

**Case No:** 21mc91644-WGY

Please accept Plaintiff's filing for the addendum proof of service to the defendants for above aforementioned MBD case.

Thank you.

*Steven Baril*

Steven Baril

EX A. PG 1

FILED
IN CLERKS OFFICE

## CERTIFICATION OF SERVICE NH AG OFFICE 2022 JAN 25 AM II: 35

I plaintiff Steven Baril in the above captioned matter, certify that I mailed copy of the Plaintiff's Motion To Enforce Subpoena Compliance in the United States District Court District of Massachusetts pursuant to Fed. R. Civ. P. RULE 45(g) with Supporting Memorandum of Fact(s) and Law and Exhibits A – J to the Defendants' Counsel the NH Department of Justice c/o Assistant Attorney General Emily Goering, and NH Assistant Attorney General Jessica King 33 Capitol St Concord NH 03301 on **Jan 24 2022** by USPS certified mail No **7019 0700 0001 1499 0129**

_Steven Baril_

Steven Baril



**UNITED STATES POSTAL SERVICE.**

METHUEN
272 BROADWAY
METHUEN, MA 01844-9998
(800)275-8777

01/24/2022                              08:22 AM
------------------------------------------------
Product            Qty    Unit     Price
                          Price
------------------------------------------------
First-Class Mail®    1            $1.76
Large Envelope
    Concord, NH 03301
    Weight: 0 lb 3.50 oz
    Estimated Delivery Date
        Thu 01/27/2022
    Certified Mail®                   $3.75
        Tracking #:
            70190700000114990129
    Affixed Postage                  -$2.32
        Affixed Amount: $2.32
                                      $3.19
Total
------------------------------------------------
                                      $3.19
Grand Total:
------------------------------------------------
                                      $3.19
Debit Card Remitted
    Card Name: VISA
    Account #: XXXXXXXXXXXXX0609
    Approval #: 072216
    Transaction #: 413
    Receipt #: 047200
    Debit Card Purchase: $3.19
    AID: A0000000980840            Chip
    AL: US DEBIT
    PIN: Verified
------------------------------------------------

************************************
USPS is experiencing unprecedented volume
    increases and limited employee
    availability due to the impacts of
    COVID-19. We appreciate your patience.
************************************

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website

Concord, NH 03301   7019 0700 0001 1499 0129

| Certified Mail Fee | $3.75 | | 0844 |
| $ | $0.00 | | 61 |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)      $ $0.00        Postmark
☐ Certified Mail Restricted Delivery $ $0.00        Here
☐ Adult Signature Required         $ $0.00
☐ Adult Signature Restricted Delivery $

Postage         $1.76
$
Total Postage and Fees   $5.51
$

Sent To  NH DEPT OF JUSTICE ATTN ATTY GOERING, KING
Street and Apt. No., or PO Box No.  33 CAPITOL ST
City, State, ZIP+4®  CONCORD NH 03301

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

DATE OF
MAILING
←

01/24/2022

EXA PG2





EX. A. PG 3

# USPS Tracking®

*EX B PG.1*

## Track Another Package +

Tracking Number: 70190700000114990129 - *REF EX A PG.1*                    Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 12:30 pm on January 28, 2022 in CONCORD, NH 03301.

**USPS Tracking Plus™ Available ∨**

## ✅ Delivered, Front Desk/Reception/Mail Room

January 28, 2022 at 12:30 pm
CONCORD, NH 03301

**Get Updates ∨**

---

| **Text & Email Updates** | ∨ |
|---|---|

---

| **Tracking History** | ∨ |
|---|---|

---

| **USPS Tracking Plus™** | ∨ |
|---|---|

---

| **Product Information** | ∨ |
|---|---|

---

## See Less ∧

*EX B PG. 2*

USDCNH-96 (Rev. 7/14) Appearance of Counsel

# UNITED STATES DISTRICT COURT

## for the

### District of New Hampshire

| | |
|---|---|
| Steven Baril | ) |
| *Plaintiff* | ) |
| v. | )    Case No.   20-cv-00710-PB |
| NH State Police Trooper Bryan Tracy, et al | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

NH State Police Trooper Bryan Tracy and Trooper FC Stefan Czyowski, in both their individual capacity .

Date:     08/03/2020

/s/ Emily C. Goering
*Attorney's signature*

Emily C. Goering, No. 268497
*Printed name and bar number*

Department of Justice
33 Capitol Street
Concord, NH 03301

*Address*

emily.goering@doj.nh.gov
*E-mail address*

(603) 271-3675
*Telephone number*

(603) 271-2110
*FAX number*

*EX B PG. 3*

You need not complete a certificate of service for any party served electronically using the court's CM/ECF system.

## CERTIFICATE OF SERVICE

I hereby certify that this Appearance was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:

Conventionally Served:

Steven Baril
36 Pleasant St Apt 4
Methuen, MA 01844

08/03/2020                                        /s/ Emily C. Goering

**Date**                                        **Signature**