## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Steven Baril
_____

Plaintiff

V.

MISC. BUSINESS ACTION

NO.   1:21-91644-WGY

Tracey et al
_____

Defendant

## ORDER OF DISMISSAL

 YOUNG, DJ ,

In accordance with the Court's order entered on  January 20, 2022  , and no evidence of proper service having been made, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

 May 6, 2022

Date

 /s/ Jennifer Gaudet

Deputy Clerk